UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCELO ANTONIO-LOPEZ,<br><br>Defendant. | CASE NO.: 22-CR-0460-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that Mr. Antonio-Lopez's motion hearing/trial setting currently scheduled for April 1, 2022, be continued to May 6, 2022, at 1:30 p.m.

For the reasons set forth in the joint motion, **IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act at 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7). The Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: March 29, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge